1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 FRANCES WILLIS,                ) Case No.: CV 07-7541 MLG
                                  )
12         Plaintiff,             ) [PROPOSED] ORDER AWARDING
                                  ) EAJA ATTORNEY FEES
13 v.                             )
                                  )
14 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF SOCIAL         )
15 SECURITY,                      )
                                  )
16         Defendant.             )
   _____)
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

21 the amount of THREE THOUSAND SIX HUNDRED dollars ($3,600.00) as

22 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

23 Stipulation.

24 DATE:   January 6, 2009

25

26
                              THE HONORABLE MARC L. GOLDMAN
27                            UNITED STATES MAGISTRATE JUDGE

28